# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LITICIA GASTON and <br> TIFFANY EDWARDS, <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT ACCEPTANCE CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    No. 2:18-cv-02361-SHL-tmp <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint and Demand for Jury Trial (ECF No. 1), filed May 25, 2018,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Order Granting Joint Motion to Dismiss and Compel Arbitration (ECF No. 10), entered June 25, 2018, judgment is entered and the matter is hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

June 25, 2018
Date